

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|---|---|
| **MICHAEL A. CARDOZO** | **LAW DEPARTMENT** | **BENJAMIN WELIKSON** |
| *Corporation Counsel* | 100 CHURCH STREET | Assistant Corporation Counsel |
| | NEW YORK, NY 10007 | Labor & Employment Law Division |
| | | Phone: (212) 788-0924 |
| | | Fax: (212) 788-0940 |
| | | E-mail: bwelikso@law.nyc.gov |

**BY REGULAR MAIL**  March 1, 2013

Kim DePrima
*Pro se* Plaintiff
158 Willowbroock Road
Staten Island, NY 10302

    Re: Kim DePrima v. City of New York Department of Education
       Docket No. 12-CV-3626 (MKB)(LB)

Dear Ms. DePrima:

  I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent defendant City of New York Department of Education (the "DOE") in the above-referenced matter.

  Enclosed, please find the following documents, relevant to defendant's motion to dismiss the second amended complaint:

  (1) Defendant's Notice of Motion to Dismiss the Second Amended Complaint, together with the supporting Declaration of Assistant Corporation Counsel Benjamin Welikson, both dated March 1, 2013;

  2) Defendant's Memorandum of Law in Support of It's Motion to Dismiss the Second Amended Complaint, dated March 1, 2013;

  In accordance with the briefing schedule ordered by the Court, opposition to this motion is due on or before Apri1 1, 2013.

              Respectfully,

              /s
              Benjamin Welikson
              Assistant Corporation Counsel

CC:     **By ECF**
        Hon. Margo K. Brodie
        United States District Judge
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn New York 11201


Encl.