

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BENJAMIN WELIKSON**
Assistant Corporation Counsel
Labor & Employment Law Division
Phone: (212) 788-0924
Fax: (212) 788-0940
E-mail: bwelikso@law.nyc.gov

**BY ECF and Regular Mail**

April 16, 2013

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

    Re:  Kim DePrima v. City of New York Department of Education
           Docket No. 12-CV-3626 (MKB)(LB)

Dear Judge Brodie:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent defendant the Department of Education of the City of New York (the "DOE") in the above-referenced matter. I write, pursuant Rule 3(D) of Your Honor's Individual Practices and Rules to provide the Court with courtesy copies of the papers that have been submitted in connection with defendant's motion to dismiss the second amended complaint.

    Enclosed, please find the following documents:

(1) Defendant's Notice of Motion to Dismiss the Second Amended Complaint, together with the supporting Declaration of Assistant Corporation Counsel Benjamin Welikson, both dated March 1, 2013;

(2) Defendant's Memorandum of Law in Support of It's Motion to Dismiss the Second Amended Complaint, dated March 1, 2013;

(3) Plaintiff's Response and Memorandum of Law in Support of Her Opposition to the Defendant's Motion to Dismiss, dated April 1, 2013; and

(4) Defendant's Reply Memorandum of Law in Further Support of It's Motion to Dismiss the Second Amended Complaint, dated April 15, 2013.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

/s
Benjamin Welikson
Assistant Corporation Counsel

Encl.

CC: **By ECF and Regular Mail**
Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**By Regular Mail**
Kim DePrima
*Pro se Plaintiff*
158 Willowbrock Road
Staten Island, NY 10302
(718) 442-2907